UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FIRST AMENDMENT TO THE HEARING SESSION ORDER
AND ATTACHED SCHEDULE FILED OCTOBER 21, 2015

IT IS ORDERED that the Hearing Session Order and attached Schedule filed by the Judicial Panel on Multidistrict Litigation on October 21, 2015, are amended to update the following matter on Section B of the Schedule for the hearing session on December 3, 2015, in New Orleans, Louisiana.

MDL No. 2327 -  **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION:**

Strike:

~~Central District of California~~

~~BUCHANAN v. JOHNSON AND JOHNSON, ET AL., C.A. No. 2:15-05315~~
~~CARMONA v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05317~~
~~ORSI v. JOHNSON AND JOHNSON, ET AL., C.A. No. 2:15-05371~~
~~ROBINSON v. JOHNSON AND JOHNSON, ET AL., C.A. No. 2:15-05382~~
~~SKELTON v. JOHNSON AND JOHNSON, ET AL., C.A. No. 2:15-05385~~

and insert in lieu thereof,

<u>Eastern District of Arkansas</u>

VICKIE SKELTON v. ETHICON, INC., ET AL., C.A. No. 4:15-00648

<u>Eastern District of California</u>

ROBINSON v. JOHNSON AND JOHNSON, ET AL., C.A. No. 1:15-01601

<u>Southern District of Florida</u>

SARA CARMONA v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:15-23913

<u>Eastern District of Missouri</u>

FLORENCE BUCHANAN v. JOHNSON AND JOHNSON, ET AL.,
     C.A. No. 1:15-00184

(Continued.....)

-2-

<u>Western District of Washington</u>

MARY ORSI v. JOHNSON AND JOHNSON, ET AL., C.A. No. 3:15-05754

                                          FOR THE PANEL:

                                          Jeffery N. Lüthi
                                          Clerk of the Panel